In the Supreme Court of Georgia

Decided: August 5, 2019

S19A0819. GLYNN COUNTY SCHOOL DISTRICT v. BRUNSWICK-GLYNN COUNTY JOINT WATER AND SEWER COMMISSION.

PER CURIAM,

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

*Judgment affirmed. All the Justices concur.*